## Kraft's Appeal. Arthur's Appeal.

An appeal from the refusal to grant a special or preliminary injunction may be certified by the prothonotary of the Supreme Court to any district where said court is in session, or will hold its next session, and the appeal may be ordered down for argument and will be heard when reached in its order.

March 20th 1880. Before SHARSWOOD, C. J., MERCUR, GORDON, PAXSON, TRUNKEY and STERRETT, JJ. GREEN, J., absent.

Appeals from the Courts of Common Pleas, Nos. 2 and 3, of *Philadelphia county :* Of January Term 1880, Nos. 140 and 141.

These were the appeals of Robert Arthur and George Kraft from the decree of the court refusing to grant an injunction in proceedings against the Pennsylvania Railroad Company, similar to those in the preceding case of Duncan's Appeal. A motion was made in the Supreme Court that the cases should be certified to the Middle District.

*Frank P. Prichard, Albert B. Guilbert* and *Moses A. Dropsie,* for the motion.—The first section of the Act of June 12th 1879, Pamph. L. 1879, pl. 177, under which these appeals are entered, provides that "all such appeals shall be heard by the Supreme Court in any district in which it may be in session, as is provided in cases in equity."

These cases cannot be heard on the list at this session in the Eastern District, and they should, therefore, be certified to the Middle District, and immediately marked down for argument, so that they may be reached at the session of the court commencing the first Monday of May next.

Chief Justice SHARSWOOD delivered the following oral opinion: "We have considered this Act of Assembly. Such appeals have the right to be heard at any session. We cannot fix a time for hearing. The prothonotary must make the list, for we cannot know what cases have already been ordered down. Let the records be certified to the Middle District. You can at once order them on the list for argument, and we will hear them when reached in their order."